# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENNETH L MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN SISOLAK, et al.,<br><br>    Defendants. | Case No. 2:19-cv-00925-RFB-CWH<br><br>**ORDER** |

Presently before the court is plaintiff Kenneth L. Martin's second application to proceed *in forma pauperis* (ECF No. 6), filed July 15, 2019. The court denied plaintiff's first application to proceed *in forma pauperis* for failure to fully complete the first page of the application and for failure to provide an inmate account statement from the last six months. (Order (ECF No. 3).) The court ordered plaintiff to file a complete application or to pay the filing fee within 30 days from the date of the order. (*Id.*) Plaintiff then moved for reconsideration of the court's order denying his application to proceed *in forma pauperis*, arguing that he has no source of income. (ECF No. 4.) The court denied plaintiff's motion for reconsideration but found good cause to extend the deadline for plaintiff to file a complete *in forma pauperis* application. (Order (ECF No. 5).) Plaintiff now renews his motion to proceed *in forma pauperis*.

Plaintiff's application is incomplete. Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, plaintiff must complete an application to proceed in forma pauperis for prisoners and attach both an inmate account statement for the past six months and a properly executed financial certification. Here, plaintiff's application to proceed in forma pauperis does not include an inmate account statement for the last six months. As such, the application to proceed in forma pauperis is denied without prejudice. The court will retain plaintiff's complaint on file, but will not file it until after the matter of the payment of the filing fee is resolved. Plaintiff will be

granted an opportunity to cure the deficiencies in his application or, alternatively, to pay the full filing fee for this action. If plaintiff chooses to file a new application to proceed in forma pauperis he must file a complete application.

IT IS THEREFORE ORDERED that the clerk of court must send plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the accompanying information form and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within thirty days from the date of this order, plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee of $400.00.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in dismissal of this action.

DATED: July 29, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE